**U.S. Departr.     of Justice**
*Dwight C. Holton*
*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Ste. 600     (503) 727-1000*
*Portland, OR   97204-2902      Fax: (503) 727-1117*



March 28, 2011

Christopher J. Schatz                          Laurie Bender
Federal Public Defender's Office               Laurie Bender, P.C.
101 SW Main Street, Suite 1700                 735 SW 1st Avenue, 2nd Floor
Portland, OR 97204                             Portland, OR 97204

Ruben L. Iniguez
Federal Public Defender's Office
101 SW Main Street, Suite 1700
Portland, OR 97204

Re:
     *United States v. JES Suppliers* - Information to be Filed   CR-11-135-KI

Dear Counsel:

Based on our discussions, here is a plea offer:

1.      **Parties/Scope:**  This plea agreement is between this United States Attorney's Office (USAO) and Hock Chee Khoo and Thongsouk Soutavong, and JES Suppliers, LLC (collectively defendants) and thus does not bind any other federal, state, or local prosecuting, administrative, or regulatory authority.  This agreement does not apply to any other charges other than those specifically mentioned herein.

2.      **Charges:**  JES Suppliers, LLC, an organization as defined in 18 U.S.C. § 18, agrees to waive indictment and plead guilty to an information charging one count of theft of trade secrets in violation of 18 U.S.C. § 1832(2), a Class C felony.  Confirmation of the corporate decision to enter this plea will be provided by means of a corporate resolution to be submitted by JES Suppliers, LLC at the time of the entry of the plea.

3.      **Penalties:**  The maximum sentence is a fine of not more than $5,000,000, an order to pay restitution, a term of probation, and a $400 fee assessment.  JES Suppliers, LLC agrees to pay the fee assessment by the time of entry of guilty plea.

4.      **Dismissal of Charges:**  In consideration for the plea by JES Suppliers, LLC and the other terms of this agreement, including cooperation by Hock Chee Khoo and Thongsouk Soutavong with such further prosecution activity as the government may pursue against Shengbao Wu, the USAO agrees to dismiss all charges against Khoo and Soutavaong with prejudice.

Christopher J. Schatz
Laurie Bender
Ruben L. Iniguez
March 28, 2011
Page 2

5.    **No Prosecution:**  The USAO further agrees not to bring any additional charges against defendants JES Suppliers, LLC, Khoo and Soutavong in the District of Oregon arising out of the government's investigation into the theft of trade secrets from The Hoffman Group (THG).  The USAO will dismiss all charges with prejudice against Khoo and Soutavong immediately after judgment is entered against JES Suppliers, LLC.

6.    **Sentencing Factors:**  The parties agree that pursuant to *United States v. Booker*, 543 U.S. 220 (2005), the court must determine an advisory sentencing guideline range pursuant to the United States Sentencing Guidelines (USSG).  The court will then determine a reasonable sentence within the statutory range after considering the advisory sentencing guideline range and the factors listed in 18 U.S.C. § 3553(a).  The parties' agreement herein to any guideline sentencing factors constitutes proof of those factors sufficient to satisfy the applicable burden of proof.

7.    **Relevant Conduct:**  The Base Offense Level is 6 pursuant to U.S.S.G. § 2B1.1. The parties agree that two levels are added based on the amount of loss attributable to the activities of JES Suppliers, LLC - more than $5,000 but less than $10,000 - yielding an Offense Level of 8 prior to adjustments.

8.    **Acceptance of Responsibility:**  JES Suppliers, LLC must demonstrate to the court a full acceptance of responsibility under U.S.S.G. § 3E1.1 for its unlawful conduct in this case.  If JES Suppliers, LLC does so, the USAO will recommend a two-level reduction in the offense level resulting in a Total Offense Level of 6.  The USAO reserves the right to change this recommendation if JES Suppliers, LLC, between plea and sentencing, commits any new or additional criminal offense, obstructs or attempts to obstruct justice as explained in U.S.S.G. § 3C1.1, or acts inconsistently with acceptance of responsibility as explained in U.S.S.G. § 3E1.1.

9.    **Calculation of Fine Range:**  The parties agree that the base fine, based on an offense level of level 8, is $10,000.  The parties further agree that the Culpability Score is 4 for minimum and maximum multipliers of 0.8 and 1.6 respectively, resulting in a guideline fine range of $8000 to $16,000.  However, pursuant to 18 U.S.C. § 3572(b) and USSG § 8C3.3(a), the parties further agree and recommend that no fine be imposed because to do so would impair the ability of JES Suppliers, LLC to make restitution as called for herein.

10.    **Sentence:**  So long as JES Suppliers accepts responsibility as explained above the parties will recommend imposition of an order of restitution in the amount of $5,000 with the proviso that said restitution obligation may be discharged in full by release to THG of all UDS door kits presently in the custody of JES Suppliers, LLC (approximately 32 door kits).  If counsel for JES Suppliers, LLC confirms to the USAO, on or before the date of entry of the contemplated

Christopher J. Schatz
Laurie Bender
Ruben L. Iniguez
March 28, 2011
Page 3

guilty plea by JES Suppliers, LLC, that the door kits have been released and made available to
THG, the USAO will recommend a sentence of full discharge. As set forth above, the parties
further agree, in deference to 18 U.S.C. § 3572(b) and USSG § 8C3.3(a), to recommend that no
fine be imposed in order to facilitate JES Suppliers, LLC's ability to make restitution as provided
herein.

11.    **Additional Departures:** The USAO agrees not to seek any upward departures or
adjustments to the advisory sentencing guideline range, or to seek a sentence in excess of that
range, except as specified in this agreement. JES Suppliers, LLC agrees not to seek any
downward departures or adjustments to the advisory sentencing guideline range, or to seek a
sentence below that range, except as specified in this agreement.

12.    **Waiver of Appeal/Post-Conviction Relief:** JES Suppliers, LLC knowingly,
intelligently, and voluntarily waives defendant's right to appeal the conviction in this case. JES
Suppliers, LLC, similarly knowingly, intelligently, and voluntarily waives the right to appeal the
sentence imposed by the court, provided the sentence does not exceed the sentence agreed by the
parties herein. In addition, JES Suppliers, LLC, knowingly, intelligently, and voluntarily waives
the right to bring a collateral challenge pursuant to 28 U.S.C. § 2255, against either the
conviction, or the sentence imposed in this case, except for a claim of ineffective assistance of
counsel. JES Suppliers, LLC, waives all defenses based on the statute of limitations and venue
with respect to any prosecution that is not time-barred on the date that this agreement is signed in
the event that (a) the conviction is later vacated for any reason, (b) JES Suppliers, LLC, violates
this agreement, or (c) the plea is later withdrawn. The government is free to take any position on
appeal or any other post judgment matter.

13.    **Court Bound:** If the Court accepts the parties' plea agreement, the Court agress
to be bound by the recommended sentence of the parties. Because this agreement is made under
Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the parties may rescind the
agreement and defendant JES Suppliers, LCC may withdraw its plea if the Court declines to
follow the parties' agreement and recommendations.

14.    **Waiver Of Presentence Report:** The parties believe that the Court has heretofore
received sufficient information about the circumstances of this case so as to allow it to find that
the information in the record is sufficient to enable it to meaningfully exercise its sentencing
authority under 18 U.S.C. § 3553. In light of this circumstance, the parties waive preparation of
a presentence report and request that the Court proceed immediately to sentencing following
entry of defendant JES Suppliers, LLC's guilty plea.

Christopher J. Schatz
Laurie Bender
Ruben L. Iniguez
March 28, 2011
Page 4

15.    **Breach of Plea Agreement:**  If JES Suppliers breaches the terms of this agreement, or commits any new criminal offenses between signing this agreement and sentencing, the USAO is relieved of its obligations under this agreement, but JES Suppliers, LLC, may not withdraw any guilty plea.

16.    **Total Agreement:**  This letter states the full extent of the agreement between the parties.  There are no other promises or agreements, express or implied.  If JES Suppliers, LLC, accepts this offer, please sign and attach the original of this letter to the Petition to Enter Plea.

Very Truly Yours,

DWIGHT C. HOLTON
United States Attorney

LANCE A. CALDWELL
Assistant United States Attorney

I hereby freely and voluntarily accept the terms and conditions of this plea offer, after first reviewing and discussing every part of it with my attorney. I am satisfied with the legal assistance provided to me by my attorney.

3\29\2011
Date

_____
Hock Chee Khoo, Defendant

I represent Hock Chee Khoo as legal counsel. I have carefully reviewed and discussed every part of this agreement with my client. To my knowledge the decision to enter into this agreement is an informed and voluntary one.

3\29\2011
Date

_____
Chris Schatz, Attorney for Hock Chee Khoo

Christopher J. Schatz
Laurie Bender
Ruben L. Iniguez
March 28, 2011
Page 5

I hereby freely and voluntarily accept the terms and conditions of this plea offer, after first reviewing and discussing every part of it with my attorney. I am satisfied with the legal assistance provided to me by my attorney.

3/29/2011
Date

Thongsouk Soutavong, Defendant

I represent Thongsouk Soutavong as legal counsel. I have carefully reviewed and discussed every part of this agreement with him. To my knowledge his decision to enter into this agreement is an informed and voluntary one.

3/29/2011
Date

Laurie Bender, Attorney for Thongsouk Soutavong